IN THE SUPREME COURT OF THE STATE OF DELAWARE

MERLIN PARTNERS, LP and § 
AAMAF, LP, § No. 295, 2017
 §
 Petitioners-Below, §
 Appellants/Cross-Appellees, §
 § Court Below:
 §
 v. §
 § Court of Chancery of the
 § State of Delaware
SWS GROUP, INC. and HILLTOP §
SECURITIES HOLDINGS LLC, §
 § C.A. No. 10554-VCG
 Respondents-Below, §
 Appellees/Cross-Appellants, §
 §
 v. §
LONE STAR VALUE INVESTORS, §
LP and LONE STAR VALUE §
CO-INVEST II, LP, §
 §
 Petitioners-Below, §
 Cross-Appellees. §

Submitted: February 21, 2018
Decided: February 23, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **O R D E R**

This 23rd day of February 2018, the Court, having considered this matter on the oral arguments of the parties and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of

Chancery in its Memorandum Opinion of May 30, 2017 and in the June 22, 2017 Final Order and Judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice